## THE STATE v. BRISCOE, *Appellant.*

### Division Two, November 20, 1896.

**Practice:** BILL OF EXCEPTIONS. The signature of the trial judge is essential to the validity of a bill of exceptions, and where the bill is not signed by him it will not be noticed on appeal.

*Appeal from Cooper Circuit Court.*—HON. D. W. SHACKLEFORD, Judge.

AFFIRMED.

*Wright & Rutherford* for appellant.

*R. F. Walker*, attorney general, for the state.

The court will not consider the bill of exceptions which is embodied in the transcript in this case for the reason that the same has not been signed by the judge who tried the cause. Sec. 2167, R. S. 1889; *Garth v. Caldwell*, 72 Mo. 622.

SHERWOOD, J.—The defendant, a negress, was indicted for stealing a pocketbook containing notes and money, from the person of John Ream. Being tried she was convicted, and two years in the penitentiary was awarded to her, hence her appeal.

The indictment is in due form. Inasmuch as what purports to be the bill of exceptions has not been signed by the judge, we are precluded from looking into the evidence or any of the rulings made during the trial. *Garth v. Caldwell*, 72 Mo. 622; sec. 2167, R. S. 1889. Therefore judgment affirmed. All concur.